

| | | |
|---|---|---|
| | **Law Department**<br>Iván A. Méndez, Jr.<br>Associate Counsel<br>Tel:  (212) 460-4835<br>Cel:  (929) 618-2082 | Consolidated Edison Company<br>of New York, Inc.<br>4 Irving Place<br>New York, NY 10003-0987<br>mendezi@coned.com |

May 23, 2025

**VIA ECF**
Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, New York 10007

  Re: Robert Wright v. Consolidated Edison Company of New York, Inc., et al.,
     Docket No. 25 Civ. 3129 (JPC)

Dear Judge Cronan:

  I am an Associate Counsel in Consolidated Edison Company of New York's ("Con Edison") Law Department and have been assigned to represent Con Edison in the above-referenced action. Defendant writes, in accordance with Rule 3.B. of Your Honor's Individual Practices, to respectfully request that the Defendants' time to respond to the Complaint be extended from May 28 to July 11, 2025. This is Con Edison's first such request, and counsel for Plaintiff consents. Additional time is needed to investigate the allegations in the Complaint, review necessary documents and interview witnesses, and prepare a response to the Complaint. We thank the Court for its consideration of this request.

The instant request is granted.  Defendant's deadline to respond to the Complaint is extended to July 11, 2025.  The Clerk of Court is respectfully directed to close Docket Number 10.

Respectfully submitted,

/s/ *Iván A. Méndez, Jr.*
_____
Iván A. Méndez, Jr.
Associate Counsel

SO ORDERED.
Date: May 27, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge

cc: All Counsel of Record
   (Via ECF)