UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                        :

ROBERT WRIGHT,                        :

               Plaintiff,        :

                        :        25 Civ. 3129 (JPC)

       -v-                  :

                        :        <u>ORDER</u>

CONSOLIDATED EDISON CO. OF NEW YORK, d/b/a  :
CON EDISON, *et al.*,              :

                        :

          Defendants.    :

                        X

----------------------------------------------------------------------
JOHN P. CRONAN, United States District Judge:

    By November 17, 2025, the parties shall file a joint letter as to the status of mediation.

    SO ORDERED.

Dated: November 10, 2025           _____
      New York, New York           JOHN P. CRONAN
                        United States District Judge